Randy M. Friedberg (RF-8645)
Christine W. Wong (CW-7683)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorneys for Defendant MANLEY TOY DIRECT, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME TIME TOYS, LTD., | **ECF Case** |
| Plaintiff, | No. 08 CV 02335 |
| v. | |
| MANLEY TOY DIRECT, LLC, MANLEY TOY QUEST, INC., and J.C. PENNEY, INC. | **RULE 7.1 STATEMENT OF DEFENDANT MANLEY TOY DIRECT, LLC** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Manley Toy Direct, LLC (a non-governmental corporate party), certify that it has no parent companies to identify and that there are no publicly held companies that own 10% or more of Plaintiff.

573703-2
5291582v1

| | |
|---|---|
| Dated:  New York, New York<br>April 9, 2008 | OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP<br><br>By:  /s/ Randy M. Friedberg<br>     Randy M. Friedberg (RF-8645)<br>     Christine W. Wong (CW-7683)<br>     Park Avenue Tower<br>     65 East 55th Street<br>     New York, New York 10022<br>     Phone:  (212) 451-2300<br>     *Attorneys for Defendant MANLEY TOY DIRECT, LLC.* |

Of Counsel:

Rod. S. Berman
(*pro hac vice admission pending*)
Brian W. Kasell
(*pro hac vice admission pending*)
JEFFER, MANGELS, BUTLER & MARMARO, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Phone:  (310) 203-8080
Fax:  (310) 203-0567

573703-2

5291582v1