# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016
Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

**Partners**
Morton Amster
Jesse Rothstein (1934-2003)
Daniel Ebenstein
Philip H. Gottfried
Michael J. Berger
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Abraham Kasdan, Ph.D.
Ira E. Silfin
Chester Rothstein
Craig J. Arnold

Kenneth M. Bernstein
Joseph M. Casino
Michael V. Solomita
Charles R. Macedo

**Senior Counsel**
John S. Economou
Marion P. Metelski
Alan D. Miller, Ph.D.

**Associates**
Patrick Boland*
Holly Pekowsky

Michael P. Kenney
Max Vern
Brian A. Comack
Richard S. Mandaro
Marc J. Jason
David Mitnick
Charles W. Rath
David A. Boag
Matthieu Hausig
Jung S. Hahm
Reiko Kaji
Norajean McCaffrey
Benjamin M. Halpern*

Matthew A. Fox
Michael J. Kasdan
Rebecca R. Eisenberg
Stuart Shapley
Howard Wizenfeld
Steven B. Gauthier
Brett M. Pinkus*
Benjamin Charkow

*Not admitted in New York*

April 7, 2008

**MEMO ENDORSED**

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Prime Time Toys, Ltd.
     v. Manley Toy Direct, LLC et al.
     08 CV 2335 (RMB)
     Our File: 69281/92

Neil M. Zipkin
Direct 212-336-8120
E-mail nzipkin@arelaw.com

Conference adjourned to 5/27/08 @ 9:00 A.M.

SO ORDERED:
Date: 4/10/08
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We represent Plaintiff Prime Time Toys, Ltd. in the above action. The action has been assigned to Your Honor, and an initial pretrial conference is set for April 21, 2008 at 9:15 a.m.

We respectfully request a thirty-day adjournment of the conference. The adjournment is requested as none of the defendants have been served with copies of the Summons and Complaint at the present time. Although the action was commenced in early March, Plaintiff had been hopeful that a settlement would be negotiated before it was necessary to serve the Complaint. Unfortunately, this has not been the case, and we have now instructed our process server to serve the Summons and Complaint.

We look forward to favorable consideration of this request for a thirty-day adjournment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

Neil M. Zipkin

NMZ/jns

395429.1