```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIME TIME TOYS, LTD.,

                              Plaintiff,

-against-

MANLEY TOY DIRECT, LLC, MANLEY TOY
QUEST, INC., and J.C. PENNEY, INC.,

                             Defendants.

Case No. 08-2335 (RMB)

ECF CASE

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Randy M. Friedberg, attorney for Defendant Manley Toy Direct, LLC, and said sponsor attorney's affidavit in Support;

IT IS HEREBY ORDERED that

Applicant's Name: Rod S. Berman, Esq.
Firm Name: Jeffer, Mangels, Butler & Marmaro LLP
Address: 1900 Avenue of the Stars, 7th Floor
City/State/Zip: Los Angeles, California 90067
Telephone/Fax: (310) 203-8080 / (310) 203-0567
Email Address: RBerman@jmbm.com

is admitted to practice *pro hac vice* as counsel for Defendant Manley Toy Direct, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
4/16/08

_____
United States District ~~Magistrate~~ Judge
Richard M. Berman

573386-1