UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIME TIME TOYS, LTD.,

                          Plaintiff,

-against-

MANLEY TOY DIRECT, LLC, MANLEY TOY
QUEST, INC., and J.C. PENNEY, INC.,

                          Defendants.

Case No. 08-2335 (RMB)

ECF CASE

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Randy M. Friedberg, attorney for Defendant Manley Toy Direct, LLC, and said sponsor attorney's affidavit in Support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Brian W. Kasell, Esq. |
| Firm Name: | Jeffer, Mangels, Butler & Marmaro LLP |
| Address: | 1900 Avenue of the Stars, 7th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 203-8080 / (310) 203-0567 |
| Email Address: | BKasell@jmbm.com |

is admitted to practice *pro hac vice* as counsel for Defendant Manley Toy Direct, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York

                                              United States District ~~Magistrate~~ Judge

                                              4/17/08

573236-1