Randy M. Friedberg (RF-8645)
Christine W. Wong (CW-7683)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

Rod S. Berman (*Admitted Pro Hac Vice*)
Brian W. Kasell (*Admitted Pro Hac Vice*)
JEFFER MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
(310) 203-8080

*Attorneys for Defendants MANLEY TOY DIRECT, LLC
and J.C. PENNEY, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME TIME TOYS, LTD., | ECF Case |
| Plaintiff, | No. 08 CV 02335 |
| v. | |
| MANLEY TOY DIRECT, LLC, MANLEY TOY QUEST, INC. and J.C. PENNEY, INC. | **RULE 7.1 STATEMENT OF DEFENDANT J.C. PENNEY, INC.** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant J.C. Penney, Inc. (a non-governmental corporate party) (J.C. Penney"), certifies that it has no parent companies to identify and that there are no publicly held companies that own 10% or more of J.C. Penney.

576346-2

Dated: New York, New York
May 5, 2008

                    OLSHAN GRUNDMAN FROME
                    ROSENZWEIG & WOLOSKY LLP

By: /s/ Randy M. Friedberg
     Randy M. Friedberg (RF-8645)
     Christine W. Wong (CW-7683)
     Park Avenue Tower
     65 East 55th Street
     New York, New York 10022
     (212) 451-2300

     and

     Rod. S. Berman (admitted pro hac vice)
     Brian W. Kasell (admitted pro hac vice)
     JEFFER, MANGELS, BUTLER &
     MARMARO, LLP
     1900 Avenue of the Stars, Seventh Floor
     Los Angeles, California 90067
     Phone: (310) 203-8080

     *Attorneys for Defendants Manley Toy Direct, LLC and J.C. PENNEY, INC.*