Randy M. Friedberg (RF-8645)
Christine W. Wong (CW-7683)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

Rod S. Berman (*Admitted Pro Hac Vice*)
Brian W. Kasell (*Admitted Pro Hac Vice*)
JEFFER MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
(310) 203-8080

*Attorneys for Defendants MANLEY TOY DIRECT, LLC
and J.C. PENNEY, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME TIME TOYS, LTD., | **ECF Case** |
| Plaintiff, | No. 08 CV 02335 |
| v. | |
| MANLEY TOY DIRECT, LLC, MANLEY TOY QUEST, INC., and J.C. PENNEY, INC. | **CERTIFICATE OF SERVICE** |
| Defendants. | |

        I, RANDY M. FRIEDBERG, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on May 5, 2008, I served a true copy of the **RULE 7.1 STATEMENT OF DEFENDANT J.C. PENNEY, INC. and ANSWER OF DEFENDANT J.C. PENNEY, INC.** upon

**Chester Rothstein** - crothstein@arelaw.com
**Holly Pekowsky** - hpekowsk@arelaw.com
**Michael Patrick Kenney**  - mkenney@arelaw.com
**Neil Mark Zipkin** - nzipkin@arelaw.com
Amster, Rothstein & Ebenstein LLC
90 Park Avenue

New York, NY 10016
212-336-8000
Fax: 212-3368001

via the United States District Court for the Southern District of New York Electronic Case Filing System.


/s/   Randy M. Friedberg
Randy M. Friedberg

576411-1
5291582v1