03/11/08  17:13 FAX                         JUDGE BERMAN     **MEMO ENDORSED**
                                                             *As Amended*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Prime Time Toys, Ltd.
    Plaintiff(s),       **Case Management Plan**

    - v -          08  CV. 2335  (RMB)

Manley Toy Direct, LLC et al.,     ECF
    Defendant(s).
------------------------------------------------------------X

  The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)  Joinder of additional parties by __July 15, 2008__

(ii)  Amend the pleadings by __July 15, 2008__

(iii)  All discovery to be expeditiously completed by ~~February 10, 2008~~ __9/22/08 (FACT + Expert)__

(iv)  Consent to Proceed before Magistrate Judge __No__

(v)  Status of settlement discussions __5/27/08__ ~~~~ @ __9:00 AM__

Sections vi through xi will be set at conference with the Court.

(vi)  Motions

(vii)  Oral Argument

(viii)  Joint Pre-Trial Order to be submitted by

(ix)  Final Pre-Trial Conference

(x)  Trial

(xi)  Other __Refer discovery to Magistrate Judge__

SO ORDERED: New York, New York
      __5/20/08__

                  __RMB__
                 Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------x

PRIME TIME TOYS, LTD,

          Plaintiff

v.

MANLEY TOY DIRECT, LLC et al.,

          Defendants.

------------------------x

Civil Action No.: 08-cv-02335-(RMB)
ECF Case

## REPORT OF EARLY MEETING OF COUNSEL

1. Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on May 6, 2008 and was attended by:

    a. Neil M. Zipkin and David Boag for Plaintiff Prime Time Toys, Ltd.;

    b. Rod S. Berman and Randy M. Friedberg for Defendants Manley Toy Direct, LLC and J.C. Penney (collectively "Defendants").

Prime Time has represented that it has not been possible for Plaintiff to serve Manley Toy Quest, Inc. Therefore, no one attended on its behalf.

2. The parties discussed the nature and basis of the claims and defenses.

3. The parties agreed to the Case Management Plan set forth on the attached proposed Case Management Plan order.

4. The parties agreed to exchange Initial Disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1) on or before May 20, 2008.

398052.1

5.  The parties discussed settlement and settlement does not appear likely at this time.

6.  No changes will be required to the limitations on discovery imposed by the Federal Rules.

7.  The parties made the following miscellaneous agreements:

   a.  Only the final versions of expert reports will be produced. The parties agree not to seek the discovery of drafts of expert reports, working papers or notes generated by experts, as well as other work product of the experts unless disclosed in connection with an expert's testimony in the case or relied upon to refresh his or her recollection in connection with testimony given in the case. The parties also agreed that they will not seek discovery, or inquire into information, concerning communications between counsel and experts regarding the development or substance of the expert's opinion, case strategy or other privileged or work product matters. However, the production of materials provided to an expert for use in preparation of the expert report will still be required, if requested during discovery.

   b.  The parties agree that it is not necessary to list correspondence between counsel and the parties in a privilege log. However, in response to discovery requests, a party shall identify any opinions rendered by counsel.

   c.  The parties agree that service of documents by e-mail with a confirmation copy sent by facsimile or overnight courier is equivalent to service by hand. Service by e-mail will be effective on the day and time the e-mail is sent with Eastern Time to be controlling.

    d. The parties agree that the producing party will supply a certified translation of a document containing foreign language that it intends to rely upon, if requested by the receiving party.

    e. The parties agree that production of documents including ESI can be in hard copy form identified by Bates numbers or as PDF files and need not be in their native format. However, a party may be required to produce metadata for specific documents, upon the request of the receiving party.

Neil M. Zipkin (NZ-4718)
David Boag (DB-9899)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for Plaintiff Prime Time Toys, Ltd.
90 Park Avenue
New York, NY 10016
212 336 8000

By: _____

Randy M. Friedberg (RF-8645
Christine W. Wong (CW-7683)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
212 451 2300

Rod S. Berman
Brian W. Kasell
JEFFER, MANGELS, BUTLER & MARINARO LLP
1900 Avenue of the Stars
Los Angeles, CA 90067
310 203 8080

Attorneys for Defendants Manley Toy Direct LLC and J.C. Penney, Inc.

By: _____

398052.1