UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PRIME TIME TOYS, LTD,

                Plaintiff,

       -against-

MANLEY TOY DIRECT, LLC, et al.,

                Defendants.
------------------------------------------------------------------x

08 CIVIL 2335 (RMB) (GWG)

(Amended Referral)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _____ | Inquest After Default/Damages Hearing | _____ | Particular Motion: _____ |
| | | _____ | All Such Motions: _____ |

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated: New York, New York
       May 21, 2008

                                          /s/ RMB
                                     RICHARD M. BERMAN
                                     U.S.D.J.