UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PRIME TIME TOYS, LTD.,

                            Plaintiffs,

       - against -

MANLEY TOY DIRECT, LLC, et al.,

                           Defendants.
------------------------------------------------------------------x

08 Civ. 2335 (RMB) (GWG)

**ORDER OF DISCONTINUANCE**

Based upon the parties letter, dated June 26, 2008, indicating that the parties have reached a settlement agreement, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       July 3, 2008

_____
**Richard M. Berman, U.S.D.J.**

1