UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIME TIME TOYS, LTD., )
)
       Plaintiff )
) Index No. 08 Civ. 2335 (RMB)
v. )
)
MANLEY TOY DIRECT, LLC; MANLEY TOY )
QUEST, INC. and J.C. PENNEY, INC., )
)
Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2008

STIPULATED ORDER OF DISMISSAL

The parties having entered into Confidential Settlement Agreements, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Prime Time Toys, Ltd., Manley Toy Direct, LLC, and J.C. Penney, Inc. (properly known as J.C. Penney Corporation, Inc.) stipulate, subject to approval of the Court, that:

1. All claims and potential counterclaims in this action related to patent infringement, namely Count 1 of the Complaint, are dismissed <u>with prejudice</u>.

2. All claims and potential counterclaims in this action related to trademark infringement, unfair competition, and unfair trade practices, namely Counts 2 through 4 of the Complaint, are dismissed <u>without prejudice</u>.

3. Each party will bear its own fees and costs in this action.

4. The Court shall retain jurisdiction of this matter for purposes of enforcing the Settlement Agreements.

403327.1

5466428v2

_____
NEIL M. ZIRLIN (NZ 4718)
Chester Rothstein (CR 1417)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000
Attorneys for Prime Time Toys, Ltd.

_____
Randy M. Friedberg (RF-8645)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Attorneys for Manley Toy Direct, LLC, and
J.C. Penney, Inc

Dated: July 2, 2008

Dated: July ___, 2008

Dated: 7/7, 2008

IT IS SO ORDERED.

_____
Richard M. Berman
UNITED STATES DISTRICT JUDGE

- 2 -

403327.1

5466428v2